588

*Dominguez Rubio* for J. Stella Rodríguez, respondents.

No. 962.  MARTIN M. GOLDMAN *v.* UNITED STATES;
No. 963.  SHULMAN *v.* UNITED STATES; and
No. 980.  THEODORE GOLDMAN *v.* UNITED STATES. June 2, 1941.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Jacob W. Friedman* for petitioners in Nos. 962 and 980. *Mr. Jeremiah T. Mahoney* for petitioner in No. 963.  *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Louis B. Schwartz* for the United States.  Reported below: 118 F. 2d 310.

No. 965.  BURK BROTHERS *v.* NATIONAL LABOR RELATIONS BOARD.  June 2, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Walter T. Fahy* for petitioner.  *Solicitor General Biddle* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Morris P. Glushien* for respondent.

No. 977.  LLOYD-SMITH *v.* COMMISSIONER OF INTERNAL REVENUE.  June 2, 1941.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. John P. Ohl* for petitioner.  *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Samuel H. Levy* for respondent.

No. 987.  SABINE TOWING CO., INC. *v.* CONTINENTAL INSURANCE CO., INC.  June 2, 1941.  Petition for writ of